IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dampeer, Dennis

Printed: 3/25/08

Case Number: 04 B 22303
Judge: Wedoff, Eugene R
Filed: 6/10/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 29, 2007
Confirmed: August 12, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,240.29 |  |
| Secured: |  | 9,568.52 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 667.99 |
| Other Funds: |  | 303.78 |
| Totals: | 13,240.29 | 13,240.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Harlem Furniture | Secured | 558.59 | 123.31 |
| 4. | Ford Motor Credit Corporation | Secured | 12,756.35 | 9,445.21 |
| 5. | Illinois Dept of Revenue | Priority | 150.87 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 5.40 | 0.00 |
| 7. | Wells Fargo Financial | Unsecured | 69.08 | 0.00 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 119.17 | 0.00 |
| 9. | Washington Mutual Home Loan | Secured |  | No Claim Filed |
| 10. | Bank One | Unsecured |  | No Claim Filed |
| 11. | Master Card | Unsecured |  | No Claim Filed |
| 12. | N T B Tire & Battery | Unsecured |  | No Claim Filed |
| 13. | First North American Nat Bk | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,359.46 | $ 12,268.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 179.85 |
| 4% | 47.85 |
| 3% | 36.82 |
| 5.5% | 181.87 |
| 5% | 51.85 |
| 4.8% | 111.95 |
| 5.4% | 57.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Dampeer, Dennis

Printed:  3/25/08

Case Number:  04 B 22303
Judge:  Wedoff, Eugene R
Filed:  6/10/04

_____
$ 667.99

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____